IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SENITIA J. JONES, #180499, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:09cv302-TMH |
| | ) | |
| EDWARD ELLINGTON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On June 19, 2009, the Magistrate Judge filed a Recommendation in this case to which

no timely objections have been filed.  (Doc. # 12).  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that the petition for habeas corpus relief is DISMISSED

without prejudice to afford Jones an opportunity to exhaust all state court remedies available

to her.

Done this the 15th day of September, 2009.


/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE